UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON FAVOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES CIVIL ATTORNEY, et al.,<br><br>　　　　Defendants. | No.  2:24-cv-00882-DAD-EFB (PC)<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　By an order filed October 3, 2024, plaintiff was ordered to submit the filing fee for this action or to file a completed in forma pauperis affidavit and a certified copy of his prison trust account statement, and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  ECF No. 5.  Plaintiff was granted an additional 60 days to comply with the order on November 19, 2024.  ECF No. 7.  The time for complying with the order has now expired, and plaintiff has not paid the fee or filed the in forma pauperis application.

　　　　In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

1  with the court and serve a copy on all parties.  Such a document should be captioned
2  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
3  failure to file objections within the specified time may waive the right to appeal the District
4  Court's order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 27, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE