UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON FAVOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES CIVIL ATTORNEY,<br><br>　　　　Defendant. | No. 2:24-cv-00882-DAD-EFB (PC)<br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. On October 3, 2024, the court ordered plaintiff to pay the fee or file an application to proceed in forma pauperis within 30 days. ECF No. 5. The court later granted plaintiff an additional 60 days to pay the fee or file the in forma pauperis application. ECF No. 7. Plaintiff failed to comply with the order. On January 27, 2025, the court recommended that the action be dismissed. ECF No. 8.

　　　Plaintiff filed "objections" to the recommendation on February 13, 2025, and, on March 3, 2025, he filed an in forma pauperis application. ECF Nos. 9, 10. Plaintiff's "objections" consist of pages of documents pertaining to his criminal case interspersed with pages containing inscrutable content handwritten by plaintiff. *E.g.,* ECF No. 9 at 8. Plaintiff avers in his in forma pauperis application that he receives money from four of the six sources listed on the form

1

application, that he has $2700 in a checking or savings account, a company worth $4,526.72, and bonds worth $12 trillion. ECF No. 10. At the same time, plaintiff's trust account statement shows a balance of 98 cents and an outstanding obligation of $143,922.50 in restitution. *Id.*

Taken at face value, plaintiff's representations in his in forma pauperis application do not establish that he is unable to pay the filing fee. Accordingly, the court must deny the application. 28 U.S.C. § 1915(a) (the application must show inability to pay filing fee or give security therefor).

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued January 27, 2025 (ECF No. 8) are VACATED;
2. The application to proceed in forma pauperis (ECF No. 10) is DENIED without prejudice;
3. Within 30 days of the date of this order, plaintiff shall submit either: (1) an affidavit in support of his request to proceed in forma pauperis – showing an inability to pay the filing fee or give security therefor – on the form provided by the Clerk of Court, or (2) the required fees in the amount of $405.00;
4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed;
5. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: July 9, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE