UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON FAVOR, | No. 2:24-cv-00882-DAD-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| CITY OF LOS ANGELES CIVIL ATTORNEY, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983.  On October 3, 2024, the court ordered plaintiff to pay the fee or file an application to proceed in forma pauperis within 30 days.  ECF No. 5.  The court later granted plaintiff an additional 60 days to pay the fee or file the in forma pauperis application.  ECF No. 7.  Plaintiff failed to comply with the order.  On January 27, 2025, the court recommended that the action be dismissed.  ECF No. 8.

Plaintiff filed "objections" to the recommendation on February 13, 2025, and, on March 3, 2025, he filed an in forma pauperis application.  ECF Nos. 9, 10.  Plaintiff's "objections" consisted of pages of documents pertaining to his criminal case interspersed with pages containing inscrutable content handwritten by plaintiff.  *E.g.,* ECF No. 9 at 8.  Plaintiff averred in his in forma pauperis application that he received money from four of the six sources listed on the

1

form application, that he had $2700 in a checking or savings account, a company worth $4,526.72, and bonds worth $12 trillion. ECF No. 10. At the same time, plaintiff's trust account statement showed a balance of 98 cents and an outstanding obligation of $143,922.50 in restitution. *Id.*

Taking plaintiff's application at face value, the court denied in forma pauperis status, because plaintiff's representations did not establish that he is unable to pay the filing fee. 28 U.S.C. § 1915(a) (the application must show inability to pay filing fee or give security therefor). The court ordered plaintiff to pay the fee or to submit an application showing an inability to pay. ECF No. 11.

Plaintiff has filed a new in forma pauperis application, but it suffers from the same defect as the prior application. ECF No. 12 (claiming, e.g., pay from employment of $620,000,000.00).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within 30 days of the date of this order, plaintiff shall submit the required fees in the amount of $405.00;
2. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed;
3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

.

Dated: December 16, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE